In the Matter of the Claim of BLANCHE FLINN, Respondent, against REMINGTON RAND, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued January 26, 1938; decided March 8, 1938.

*Thomas A. Clarke, C. P. Franchot* and *J. A. W. Simson* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Leon Freedman* and *Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.